# IN THE SUPREME COURT OF THE STATE OF NEVADA

VERSELL COLEMAN,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77216

**FILED**

APR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.          _____, J.
Parraguirre                         Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-17554

cc: Hon. Barry L. Breslow, District Judge
Tanner Law & Strategy Group, Ltd.
Versell Coleman
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A